■ NICHOLAS LONGO, Respondent, v NEW YORK CITY EDUCATIONAL CONSTRUCTION FUND, Appellant, et al., Defendants.—Appeal from order, Supreme Court, New York County, entered on August 6, 1979, unanimously

dismissed as moot, without costs and without disbursements, since the plaintiff served an amended complaint and defendant New York City Educational Construction Fund answered with a defense. No opinion. Concur—Ross, J. P., Markewich, Silverman, Bloom and Yesawich, JJ.